Date of Arrest: **07/03**

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, <br><br> Vs. <br><br> Elvin Adalberto SALGADO-Sanchez <br> AKA: None Known <br> 055863286 <br> YOB: 1991 <br> Citizen of: Honduras <br><br> Defendant | Magistrate Case No. **22-02099MJ** <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about July 03, 2022 Defendant Elvin Adalberto SALGADO-Sanchez, an alien, was found in the United States at or near San Luis, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Honduras through the port of Harlingen, Texas, on or about February 21, 2018. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Authorized by AUSA Tracy Van Buskirk for
AUSA Lisa Jennis

Signature of Complainant
Jared Lasley
Border Patrol Agent

Sworn to before me and subscribed telephonically,

July 05, 2022    at    Yuma, Arizona
Date                     City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

-1-

UNITED STATES OF AMERICA,

Vs.

Elvin Adalberto SALGADO-Sanchez
AKA: None Known
055863286

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about July 03, 2022, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Honduras and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Arlington, Virginia on or about January 31, 2018, by an Immigration Judge. The Defendant has been removed on one previous occasion. The Defendant was most recently removed on or about February 21, 2018, through the port of Harlingen, Texas, subsequent to a conviction in a Superior Court, State of Virginia, County of Prince William, on or about December 08, 2017, for the crime of Carnal Know: of Child 13-14 Years: without force, a felony.

Agents determined that on or about July 03, 2022, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPA Richard Hiller, Edward Driscoll, and Elismanuel Cuardrado.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA John Bircher.

_Jared Lasley_
Signature of Complainant

Sworn to before me and subscribed telephonically,

July 05, 2022
Date

Signature of Judicial Officer

-2-

## *Probable Cause Statement*

*I, Border Patrol Agent Jared Lasley, declare under penalty of perjury, the following is true and correct:*

Defendant: **Elvin Adalberto SALGADO-Sanchez**

Dependents: None

**IMMIGRATION HISTORY:** The Defendant is an illegal alien and has been apprehended by the United States Border Patrol on one (1) previous occasion. The Defendant has been removed a total of one (1) time.

## CRIMINAL HISTORY:

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 12/08/2017 | Prince William County, Virginia | Carnal Know: of Child 13-14 Years: without Force | Guilty; 2 Years Jail |

Narrative: The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about July 03, 2022, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Honduras and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Arlington, Virginia on or about January 31, 2018, by an Immigration Judge. The Defendant has been removed on one previous occasion. The Defendant was most recently removed on or about February 21, 2018, through the port of Harlingen, Texas, subsequent to a conviction in a Superior Court, State of Virginia, County of Prince William, on or about December 08, 2017, for the crime of Carnal Know: of Child 13-14 Years: without force, a felony.

Agents determined that on or about July 03, 2022, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

*Executed on:* **July 04, 2022**     *Time:* **05:55 AM MST**

*Signed:* **Jared Lasley, Border Patrol Agent**     *Jared Lasley*